■ In the Matter of RAFAEL URENA, Petitioner, v KENNETH S. PERLMAN, as Superintendent of Midstate Correctional Facility, Respondent. [810 NYS2d 716]—Proceeding pursuant to CPLR Article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Samuel D. Hester, J.], entered April 25, 2005) to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Hayes, JJ.